**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HOPE SCHULTZ, individually, and on behalf of the Estate of Michael Schultz, <br><br> Plaintiff, <br><br> v. <br><br> FRESENIUS USA, INC.; FRESENIUS USA MANUFACTURING, INC.; FRESENIUS MEDICAL CARE HOLDINGS, INC.; FRESENIUS MEDICAL CARE NORTH AMERICA, INC.; FRESENIUS USA MARKETING, INC.; and FRESENIUS SALES, INC., KGAA <br><br> Defendants. | CIVIL ACTION NO. 3:12-CV-2518 <br><br> (JUDGE CAPUTO) |

## ORDER

**NOW**, this 21st day of December, 2012, **IT IS HEREBY ORDERED** that Plaintiff Hope Schultz is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If Plaintiff fails to do so, the action will be dismissed.

/s/ A. Richard Caputo

A. Richard Caputo
United States District Judge